COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TENET HOSPITALS LIMITED, D/B/A PROVIDENCE MEMORIAL HOSPITAL, | § | No. 08-07-00264-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | County Court at Law No. Six |
|  | § |  |
| BARBARA RIOFRIO, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 2007-337) |
|  | § |  |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Appellant represents to the Court that the parties have reached a settlement agreement in the underlying case and therefore it no longer wishes to pursue this appeal. Appellee has not objected to the motion, and there is no indication that dismissal would prevent Appellee from seeking any relief to which she would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant Appellant's motion, and dismiss the appeal pursuant to the parties' settlement agreement. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

KENNETH R. CARR, Justice

October 9, 2008

Before McClure, J., Carr, J., and Gomez, Judge
Gomez, Judge, sitting by assignment